IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH DION TORRES, on his behalf and on
behalf of similarly situated persons,

      Plaintiff,

                                                No. 1:17-cv-00754-MV-SCY

v.

CITY OF ALBUQUERQUE, et al.,

      Defendants.

## NOTICE OF AGREED UPON EXTENSION

NOTICE is hereby given that Plaintiff and Defendants, through counsel, have agreed to an extension of time to January 9, 2018 for Plaintiff to file any Motion to Compel related to Plaintiff's first set of discovery requests to Defendants.

                                                 Respectfully Submitted,

                                                 KENNEDY KENNEDY & IVES

                                                 ***/s/ Joseph P. Kennedy***
                                                 Joseph P. Kennedy
                                                 Adam C. Flores
                                                 1000 2nd Street NW
                                                 Albuquerque, NM 87102
                                                 (505)244-1400 / Fax: (505)244-1406
                                                 jpk@civilrightslaw.com
                                                 acf@civilrightslaw.com

                                                 *Attorneys for Plaintiff*

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record on the day of its filing via the CM/ECF electronic filing system.

***/s/ Joseph P. Kennedy***
Joseph P. Kennedy